Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [178 Misc. 97.]

WILLIAM A. MILLIKEN and Another, Respondents, v. 241 EAST 22ND STREET CORPORATION and Another, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Bill of particulars to be served within fifteen days after service of order. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ANTHONY LANZETTA, Appellant, v. JOSEPH D. BASSON, as President of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local Union No. 306, of Greater New York, a Voluntary Unincorporated Association of More Than Seven Persons, and Others, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HELEN SOLOMON, Individually, and as Stockholder of Twentieth Century-Fox Film Corporation, etc., Plaintiff, Appellant, v. JOSEPH M. SCHENCK and Others, Respondents. (Action No. 1.) JEROME D. STEIN, Plaintiff, Respondent, v. SIDNEY R. KENT and Others, Defendants, Respondents. (Action No. 2.) HYMAN W. KEHL, Suing on Behalf of Himself and All Other Stockholders, etc., Plaintiff, Respondent, v. TWENTIETH CENTURY-FOX FILM CORPORATION and Others, Defendants, Respondents. (Action No. 3.) FRIEDA PECKER, Individually, etc., Plaintiff, Respondent, v. H. DONALD CAMPBELL and Others, Defendants, Respondents. (Action No. 4.) BETTE G. ETTINGER and Another, Plaintiffs, Respondents, v. HERMANN G. PLACE and Others, Defendants, Respondents. (Action No. 5.) MARY BRAINOS, Suing on Behalf of Herself, etc., Plaintiff, Respondent, v. SIDNEY R. KENT and Others, Defendants, Respondents. (Action No. 6.) MARION GOTTLIEB, Individually, etc., Plaintiff, Respondent, v. TWENTIETH CENTURY-FOX FILM CORPORATION and Others, Defendants, Respondents. (Action No. 7.)— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent Hyman W. Kehl. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LILLIAN E. SOINE, Carrying on Business under the Registered Trade Name of AMERICAN WORCESTERSHIRE SAUCE COMPANY, Respondent, v. ATLANTIS SALES CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THOMAS HAYES HUNTER, Respondent, v. ANNABELLA C. POWER, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements to the defendant, and motion for issuance of a commission and for a stay of trial pending the execution and return of the same granted, on condition that defendant within ten days from service of the order to be entered hereon furnish a surety company bond in the sum of $4,000 to secure payment to plaintiff of any judgment that he may recover; and in the event that such condition be not complied with, the order appealed from is affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.